DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **KWANZA DELAGARDE,** )<br>)<br>**Plaintiff,** )<br>) <br>v. )<br>)<br>**TOURS VI LTD. and RAJIR PICKERING,** )<br>)<br>**Defendants.** )<br>) | Case No. 3:20-cv-0093<br><br>ACTION FOR NEGLIGENCE,<br>GROSS NEGLIGENCE |

**APPEARANCES:**

**Ryan W. Greene, Esq.**
St. Thomas, U.S.V.I.
　*For Plaintiff Kwanza DeLagarde.*

## ORDER

**THIS MATTER** comes before the Court upon the motion of Plaintiff Kwanza DeLagarde ("DeLagarde") for default judgment against Defendant Tours VI LTD. ("Tours VI"). (ECF No. 14.) For the reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion for default judgment, ECF No. 14, is **DENIED**; it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 12(h)(3), the complaint is **DISMISSED without prejudice**; it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this case.

**Dated:** February 28, 2022　　　　　　　　　　　　　　　*/s/ Robert A. Molloy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBERT A. MOLLOY**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**